**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANITA K. WILLIAMS**                                                     **PLAINTIFF**

**v.**                    **CASE NO. 3:14CV0038 BSM**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; JASON MODDE;
and JOHNSTON TRUCKING**                                   **DEFENDANTS**

## ORDER

Defendant State Farm Mutual Automobile Insurance Company's ("State Farm") motion to compel [Doc. No. 34] is granted. Plaintiff Anita Williams shall have 10 days after the entry of this order to respond to State Farm's interrogatories and requests for production of documents.

IT IS SO ORDERED this 28th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE