**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ANITA K. WILLIAMS**                                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:14CV00038 BSM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY; JASON MODDE;**
**and JOHNSTON TRUCKING**                                                                                              **DEFENDANTS**

**ORDER**

Plaintiff Anita Williams's cases against defendant State Farm Mutual Automobile Insurance Company [Case No. 3:14CV00038 BSM] and separate defendants Jason Modde and Johnston Trucking [Case No. 3:14CV00028] were consolidated on March 10, 2014, designating *Williams v. State Farm Mutual Automobile Insurance Company*, as the lead case. *See* Doc. No. 32. The consolidation order stated that all pleadings in either case should be filed in the lead case. *Id.* Since then, separate defendants Jason Modde and Johnston Trucking have filed a motion for summary judgment in the member case. As a result, the clerk is hereby directed to transfer all pending motions and related documents in *Williams v. Jason Modde* to the lead case. Parties are reminded that all future pleadings must be filed in the lead case, Case No. 3:14cv00038.

IT IS SO ORDERED this 2nd day of April 2015.

_____
UNITED STATES DISTRICT JUDGE